IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR M. GARCIA,** | CIV S-08-2592 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

Respondent has requested an enlargement of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that Respondent's request is granted. Respondent shall file a responsive pleading on or before February 11, 2009.

DATED: January 6, 2009.

/garc2592.111rp

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE